UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DORIS JAROSS, as Executrix of the Estate of Martin Jaross,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC. and ALTRIA GROUP, INC.,<br><br>Defendants. | Civil Action No. 07-4189<br><br><br>ORDER AMENDING PRETRIAL SCHEDULING DEADLINES |

THIS MATTER having come before the Court for a status conference on May 20, 2008; and for good cause shown:

IT IS ON THIS 4th DAY OF June 2008,

ORDERED THAT,

Any motion to add new parties, whether by amended or third-party complaint, must be filed by June 13, 2008 and made returnable no later than July 7, 2008. Any opposition to this motion must be filed by July 23, 2008 and any reply filed by June 30, 2008.

There will be a telephone status conference before the undersigned on July 10, 2008 at 4:30 p.m. The conference call is to be initiated by Plaintiff's counsel.

DATED this 4th day of June, 2008.

BY THE COURT:

_____
ESTHER SALAS
United States Magistrate Judge

1